Harry P. Johnson et al., Plaintiffs-Appellees, v. Greenfield Fire Protection District, a Body Corporate and Politic, Defendant-Appellant.

Gen. No. 9,802.

William G. Vogt, for appellant; L. A. Mehrhoff, for appellees. Opinion by PRESIDING JUSTICE O'CONNOR. Not to be published in full. Opinion filed March 11, 1952; rehearing denied May 6, 1952; released for publication May 6, 1952.

L. E. Pembrook et al., Plaintiffs-Appellees, v. Greenfield Fire Protection District, a Body Corporate and Politic, Defendant-Appellant.

Gen. No. 9,803.

William G. Vogt, for appellant; L. A. Mehrhoff, for appellees. Opinion by PRESIDING JUSTICE O'CONNOR.. Not to be published in full. Opinion filed March 11, 1952; rehearing denied May 6, 1952; released for publication May 6, 1952.